In the Matter of ANGEL L.H., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MATTHEW H., Appellant, et al., Respondent. [929 NYS2d 923]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Angel L.H. [Melissa H.]*, 85 AD3d 1637 [2011]). Present—Smith, J.P., Centra, Carni, Green and Martoche, JJ.